# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0031.  EBONY AZIZI KITO TYA SYLLA v. THE STATE.

Upon consideration of Ebony Azizi Kito Tya Sylla's emergency motion for an extension of time to file discretionary application for appeal, it is ordered that an extension be GRANTED in the above-referenced matter, through and including March 8, 2023.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen *, Clerk.*